**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: KEATING, KEVIN M § Case No. 09-09701
§
§
Debtor(s) §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on March 21, 2009. The undersigned trustee was appointed on March 21, 2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of $ 200,916.68

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 2,499.06 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1] $ | 198,417.62 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 07/31/2009 and the deadline for filing governmental claims was 09/17/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $13,295.83. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $13,295.83, for a total compensation of $13,295.83.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $748.64, for total expenses of $748.64.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/10/2012          By:/s/CHARLES J. MYLER
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-09701  
**Case Name:** KEATING, KEVIN M  

**Period Ending:** 09/10/12

**Trustee:** (330510) CHARLES J. MYLER  
**Filed (f) or Converted (c):** 03/21/09 (f)  
**§341(a) Meeting Date:** 04/27/09  
**Claims Bar Date:** 07/31/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1  126 Elm Avenue, North Aurora, | 82,500.00 | 0.00 | DA | 0.00 | FA |
| 2  Farm House, 14411 W. Smith Road, Manhatten, 6044 | 125,000.00 | 0.00 | DA | 0.00 | FA |
| 3  4 cemetery plots in Twin Lakes | 2,200.00 | 2,200.00 | DA | 0.00 | FA |
| 4  Broadway Bank checking account#141261901 joint w | 118.00 | 118.00 | DA | 0.00 | FA |
| 5  Business and Casual attire. | 500.00 | 500.00 | DA | 0.00 | FA |
| 6  Pacific Life Insurance Policy # VP60898190. deat | 22,781.00 | 0.00 | DA | 0.00 | FA |
| 7  Pacific Life term opolicy; no cash value | Unknown | 0.00 | DA | 0.00 | FA |
| 8  IRA | 4,400.00 | 2,000.00 | DA | 0.00 | FA |
| 9  Honeybear Farms, LLC 700 W. Van Buren, C-1 Chica | Unknown | 0.00 | DA | 0.00 | FA |
| 10 Channahon Duplex Development, LLC 36-4357803 700 | Unknown | 0.00 | DA | 0.00 | FA |
| 11 Keating Estates, LLC 20-2363134 700 W. Van Buren | Unknown | 0.00 | DA | 0.00 | FA |
| 12 Cedar/Manhattan Investors, LLC 20-1472094 700 W. | Unknown | 0.00 | DA | 0.00 | FA |
| 13 Rivers Plaza IV, LLC 20-4709614 700 W. Van Buren | Unknown | 0.00 | DA | 0.00 | FA |
| 14 Rivers Plaza III, LLC 20-4709583 700 W. Van Bure | Unknown | 0.00 | DA | 0.00 | FA |
| 15 Rivers Plaze II, LLC 20-4709583 4700 W. Van Bure | Unknown | 0.00 | DA | 0.00 | FA |
| 16 Rivers Plaze I, LLC 20-4709556 700 W. Van Buren, | Unknown | 0.00 | DA | 0.00 | FA |
| 17 Keating Investment Corp. 42-1609072 700 W. Van B | Unknown | 0.00 | DA | 0.00 | FA |
| 18 Channahon Investors, LLC 42-1609074 700 W. Van B | Unknown | 0.00 | DA | 0.00 | FA |
| 19 Community Home Builders, Inc.36-3775240 700 W. V | Unknown | 0.00 | DA | 0.00 | FA |
| 20 Marquette's Estates, LLC 36- 4457331 700 W. Van | Unknown | 0.00 | DA | 0.00 | FA |
| 21 1000 W. Van Buren, LLC 700 W. Van Buren, C-1 Chi | Unknown | 0.00 | DA | 0.00 | FA |
| 22 Marquette's Crossing, LLC 36-4437633 700 W Van B | Unknown | 0.00 | DA | 0.00 | FA |
| 23 700 W Van Buren II, LLC 36-4330953 700 W. Van Bu | Unknown | 0.00 | DA | 0.00 | FA |
| 24 Marquette's Landing, LLC 36-4278358 700 W. Van B | Unknown | 0.00 | DA | 0.00 | FA |
| 25 KMK Realty & Development, Inc. 36-4002252 700 W. | Unknown | 0.00 | DA | 0.00 | FA |
| 26 Keating Development Group 36-4357803 700 W. Van | Unknown | 0.00 | DA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-09701  
**Case Name:** KEATING, KEVIN M  

**Period Ending:** 09/10/12

**Trustee:** (330510) CHARLES J. MYLER  
**Filed (f) or Converted (c):** 03/21/09 (f)  
**§341(a) Meeting Date:** 04/27/09  
**Claims Bar Date:** 07/31/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 27 | Current Tech Traffic 130 shares purchased in nam | Unknown | 0.00 | DA | 0.00 | FA |
| 28 | Forensic Vision 250 shares purchased in name of | Unknown | 0.00 | DA | 0.00 | FA |
| 29 | Manhattan Office Partnership | Unknown | 0.00 | DA | 0.00 | FA |
| 30 | cole Taylor Bank -- checking | 34,000.00 | 34,000.00 | DA | 0.00 | FA |
| 31 | Old Second National Bank | 3,000.00 | 3,000.00 | DA | 0.00 | FA |
| 32 | Rob Wiemer, Acct. Receivable | 20,000.00 | 20,000.00 | DA | 0.00 | FA |
| 33 | Ann Bogart, Acct. Receivable | 10,000.00 | 10,000.00 | DA | 0.00 | FA |
| 34 | 1995 Porsche 911 Carrera. N1460 Powers Lake, Gen | 12,525.00 | 12,525.00 | | 17,000.00 | FA |
| 35 | 2008Acura MDX Sport Utility 4D. 2151 Alexander D | 28,550.00 | 22,150.00 | | 23,000.00 | FA |
| 36 | 2006 Boston Whaler Boat with Trailer. 2151 Alexa | 7,000.00 | 7,000.00 | | 6,000.00 | FA |
| 37 | Chicago Cubs Tickets | 5,528.00 | 5,528.00 | | 4,870.00 | FA |
| 38 | Estimated tax return | 179,000.00 | 179,000.00 | | 150,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 46.68 | Unknown |
| 39 | Assets Totals (Excluding unknown values) | **$537,102.00** | **$298,021.00** | | **$200,916.68** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee has settled adversary; objected to 3 claims; hearing 7/12/12; will file final report

**Initial Projected Date Of Final Report (TFR):** December 31, 2009  **Current Projected Date Of Final Report (TFR):** September 30, 2012

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 09-09701 | | **Trustee:** | CHARLES J. MYLER (330510) |
|---|---|---|---|---|
| **Case Name:** | KEATING, KEVIN M | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | ***-*****54-65 - Money Market Account |
| **Taxpayer ID #:** | **-***9139 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 09/10/12 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 05/19/09 | {37} | Kimberly Keating | Purchase of Cubs tickets | 1129-000 | 2,000.00 | | 2,000.00 |
| 05/19/09 | {37} | Robert Wedell | Purchase of Cubs tickets | 1129-000 | 2,870.00 | | 4,870.00 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.05 | | 4,870.05 |
| 06/30/09 | {35} | Kimberly Keating | Purchase of estate's interest in Acura | 1129-000 | 23,000.00 | | 27,870.05 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 27,870.26 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.14 | | 27,871.40 |
| 08/28/09 | {36} | Kimberly Keating | Purcahse of Boston Whaler boat and trailer | 1129-000 | 6,000.00 | | 33,871.40 |
| 08/28/09 | {34} | Kimberly Keating | Purchase of Porsche | 1129-000 | 17,000.00 | | 50,871.40 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.17 | | 50,872.57 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.07 | | 50,874.64 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.07 | | 50,876.71 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.14 | | 50,878.85 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.14 | | 50,880.99 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.00 | | 50,882.99 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.93 | | 50,884.92 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.28 | | 50,887.20 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.34 | | 50,887.54 |
| 04/06/10 | | Wire out to BNYM account 9200******5465 | Wire out to BNYM account 9200******5465 | 9999-000 | -50,887.54 | | 0.00 |

| | | | | |
|---|---|---|---|---|
| | | ACCOUNT TOTALS | 0.00 | 0.00 | $0.00 |
| | | Less: Bank Transfers | -50,887.54 | 0.00 | |
| | | Subtotal | 50,887.54 | 0.00 | |
| | | Less: Payments to Debtors | | 0.00 | |
| | | **NET Receipts / Disbursements** | **$50,887.54** | **$0.00** | |

{} Asset reference(s)                                                                 Printed: 09/10/2012 11:30 AM    V.13.03

Exhibit B

# FORM 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 09-09701 | | Trustee: | CHARLES J. MYLER (330510) |
|---|---|---|---|---|
| Case Name: | KEATING, KEVIN M | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******54-65 - Checking Account |
| Taxpayer ID #: | **-***9139 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/10/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********5465 | Wire in from JPMorgan Chase Bank, N.A. account ********5465 | 9999-000 | 50,887.54 | | 50,887.54 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.43 | | 50,889.97 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.03 | | 50,893.00 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.93 | | 50,895.93 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.02 | | 50,898.95 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.02 | | 50,901.97 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.25 | | 50,903.22 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.29 | | 50,904.51 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.25 | | 50,905.76 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.29 | | 50,907.05 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.29 | | 50,908.34 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.17 | | 50,909.51 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.29 | | 50,910.80 |
| 04/21/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 0.83 | | 50,911.63 |
| 04/25/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 0.16 | | 50,911.79 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 0.25 | | 50,912.04 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.29 | | 50,913.33 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.41 | | 50,913.74 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.43 | | 50,914.17 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 97.64 | 50,816.53 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.43 | | 50,816.96 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 118.37 | 50,698.59 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -3.49 | 50,702.08 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.41 | | 50,702.49 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 104.18 | 50,598.31 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.42 | | 50,598.73 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 100.50 | 50,498.23 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.41 | | 50,498.64 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 110.69 | 50,387.95 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.42 | | 50,388.37 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 103.53 | 50,284.84 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.42 | | 50,285.26 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 109.92 | 50,175.34 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 99.38 | 50,075.96 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 102.61 | 49,973.35 |

Subtotals : $50,916.68   $943.33

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　Printed: 09/10/2012 11:30 AM　　V.13.03

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 09-09701 | | Trustee: | CHARLES J. MYLER (330510) |
| --- | --- | --- | --- | --- |
| Case Name: | KEATING, KEVIN M | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******54-65 - Checking Account |
| Taxpayer ID #: | **-***9139 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/10/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 98.98 | 49,874.37 |
| 05/21/12 | {38} | Kimberly B. Keating | Settlement proceeds | 1124-000 | 150,000.00 | | 199,874.37 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 204.64 | 199,669.73 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 395.51 | 199,274.22 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 435.57 | 198,838.65 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 421.03 | 198,417.62 |

|  |  |  |  |
| --- | --- | --- | --- |
| **ACCOUNT TOTALS** | 200,916.68 | 2,499.06 | **$198,417.62** |
| Less: Bank Transfers | 50,887.54 | 0.00 | |
| **Subtotal** | 150,029.14 | 2,499.06 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$150,029.14** | **$2,499.06** | |

| Net Receipts : | 200,916.68 |
| --- | --- |
| Net Estate : | $200,916.68 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
| --- | --- | --- | --- |
| **MMA # ***-*****54-65** | 50,887.54 | 0.00 | 0.00 |
| **Checking # 9200-******54-65** | 150,029.14 | 2,499.06 | 198,417.62 |
| | $200,916.68 | $2,499.06 | $198,417.62 |

{} Asset reference(s)

# Claims Proposed Distribution

### Case:  09-09701    KEATING, KEVIN M

**Case Balance:** $198,417.62    **Total Proposed Payment:** $198,417.62    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 1 | Orange Crush LLC | Secured | 57,993.98 | 0.00 | 0.00 | 0.00 | 0.00 | 198,417.62 |
| | **Claim Memo:** ----------------------------------------------------------------- | | | | | | | |
| | Schedule F Account: 2009-L-050065 | | | | | | | |
| 2 | COOK COUNTY TREASURER'S OFFICE | Secured | 9,271.87 | 9,271.87 | 0.00 | 9,271.87 | 9,271.87 | 189,145.75 |
| 9 | Bridgeview Bank | Secured | 334,755.00 | 0.00 | 0.00 | 0.00 | 0.00 | 189,145.75 |
| | **Claim Memo:** Amended claim filed with $0 amount | | | | | | | |
| | CHARLES J. MYLER <2100-00   Trustee Compensation> | Admin Ch. 7 | 13,295.83 | 13,295.83 | 0.00 | 13,295.83 | 13,295.83 | 175,849.92 |
| | Charles J. Myler <2200-00   Trustee Expenses> | Admin Ch. 7 | 748.64 | 748.64 | 0.00 | 748.64 | 748.64 | 175,101.28 |
| | Myler, Ruddy & McTavish <3110-00   Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 29,944.00 | 29,440.00 | 0.00 | 29,440.00 | 29,440.00 | 145,661.28 |
| 3 | West Suburban Bank | Unsecured | 120,948.16 | 0.00 | 0.00 | 0.00 | 0.00 | 145,661.28 |
| 4 | American Chartered Bank | Unsecured | 1,901,929.53 | 1,901,929.53 | 0.00 | 1,901,929.53 | 140,853.26 | 4,808.02 |
| | **Claim Memo:** ----------------------------------------------------------------- | | | | | | | |
| | Schedule F Account: L#13236503/504 | | | | | | | |
| | ----------------------------------------------------------------- | | | | | | | |
| | Schedule F Account: L#13078801/02 | | | | | | | |
| 5 | Armando Garcia | Unsecured | 30,777.43 | 0.00 | 0.00 | 0.00 | 0.00 | 4,808.02 |
| 6 | Bergfors Gregory Land Design, Ltd. | Unsecured | 6,600.00 | 6,600.00 | 0.00 | 6,600.00 | 488.78 | 4,319.24 |
| 7 | Ruane Construction, Inc. | Unsecured | 30,253.55 | 30,253.55 | 0.00 | 30,253.55 | 2,240.52 | 2,078.72 |
| 8 | Burke Engineering Corp. | Unsecured | 28,068.75 | 28,068.75 | 0.00 | 28,068.75 | 2,078.72 | 0.00 |
| NOTFILED | AT&T | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | AT&T Long Distance | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Alarm Detection Systems, Inc. | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Alliant Law Group PC | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | American Express c/o Becket and Lee | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Atwell-Hicks | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Atwell-Hicks | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Bond Safeguard Insurance Company | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

## Claims Proposed Distribution

### Case: 09-09701    KEATING, KEVIN M

**Case Balance:** $198,417.62    **Total Proposed Payment:** $198,417.62    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| NOTFILED | Brian Cramer Wilson,Elser,Moskowitz,Edelman | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | CPT Network Solutions | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Chubasco Lawn Sprinklers, Inc. | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Classic Landscape | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | ComEd Bill Payment Center | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | D.E. Thompson Excavating, Co. | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Estate of Joseph Keating c/o Freeborn & Peters | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Freeborn & Peters LLP | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Freeborn & Peters LLP | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Freeborn & Peters LLP | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Freeborn & Peters LLP | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Freeborn & Peters LLP | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Freeborn & Peters LLP | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | GE Capital | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Global Com, Inc. | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Grundy County Collector | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Grundy County Collector | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Illinois EPA | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Illinois EPA | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | J.B. Concete | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

# Claims Proposed Distribution

### Case: 09-09701   KEATING, KEVIN M

**Case Balance:** $198,417.62   **Total Proposed Payment:** $198,417.62   **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| NOTFILED | Kristin Catino c/o Richard Chapman; Clark Hill PLC | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | LaSalle/Bank of America | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Lady Lighting | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | McCarthy & Trinka, Inc. | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Mills Excavating | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Nicor Gas | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Pitney Bowes | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Scheer's Inc. | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Scheer's Inc. | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Signs Now | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Stone Pogrund & Korey LLC | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | The Shalvis Group | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | The Shalvis Group | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Village of Channahon | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Village of Channahon | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Village of Channahon | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Village of Manhatten | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Village of Manhatten | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | West Suburban Bank | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Will County Treasurer | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

# Claims Proposed Distribution

## Case: 09-09701   KEATING, KEVIN M

| Case Balance: | $198,417.62 | Total Proposed Payment: | $198,417.62 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | **Total for Case 09-09701 :** | | **$2,564,586.74** | **$2,019,608.17** | **$0.00** | **$2,019,608.17** | **$198,417.62** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $43,988.47 | $43,484.47 | $0.00 | $43,484.47 | 100.000000% |
| **Total Secured Claims :** | $402,020.85 | $9,271.87 | $0.00 | $9,271.87 | 100.000000% |
| **Total Unsecured Claims :** | $2,118,577.42 | $1,966,851.83 | $0.00 | $145,661.28 | 7.405809% |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-09701
Case Name: KEATING, KEVIN M
Trustee Name: CHARLES J. MYLER

**Balance on hand:** $ 198,417.62

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Orange Crush LLC | 57,993.98 | 0.00 | 0.00 | 0.00 |
| 2 | COOK COUNTY TREASURER'S OFFICE | 9,271.87 | 9,271.87 | 0.00 | 9,271.87 |
| 9 | Bridgeview Bank | 334,755.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 9,271.87
Remaining balance: $ 189,145.75

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - CHARLES J. MYLER | 13,295.83 | 0.00 | 13,295.83 |
| Trustee, Expenses - Charles J. Myler | 748.64 | 0.00 | 748.64 |
| Attorney for Trustee, Fees - Myler, Ruddy & McTavish | 29,440.00 | 0.00 | 29,440.00 |

Total to be paid for chapter 7 administration expenses: $ 43,484.47
Remaining balance: $ 145,661.28

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 145,661.28

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 145,661.28

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,966,851.83 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | West Suburban Bank | 0.00 | 0.00 | 0.00 |
| 4 | American Chartered Bank | 1,901,929.53 | 0.00 | 140,853.26 |
| 5 | Armando Garcia | 0.00 | 0.00 | 0.00 |
| 6 | Bergfors Gregory Land Design, Ltd. | 6,600.00 | 0.00 | 488.78 |
| 7 | Ruane Construction, Inc. | 30,253.55 | 0.00 | 2,240.52 |
| 8 | Burke Engineering Corp. | 28,068.75 | 0.00 | 2,078.72 |

Total to be paid for timely general unsecured claims: $ 145,661.28
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00

Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**