UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: KEATING, KEVIN M   § Case No. 09-09701
§
§
§
Debtor(s)   §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that CHARLES J. MYLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn St.
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 30 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at *10:00* on */ /* *Oct 11, 2012* in Courtroom 250, United States Courthouse, 100 S. Third St.
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/10/2012   By: /s/CHARLES J. MYLER
                                    Trustee

CHARLES J. MYLER
105 EAST GALENA BLVD.
8TH FLOOR
AURORA, IL 60505
(630) 897-8475

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: KEATING, KEVIN M § Case No. 09-09701
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*  $ 200,916.68

*and approved disbursements of*  $ 2,499.06

*leaving a balance on hand of* 1  $ 198,417.62

**Balance on hand:**  $ 198,417.62

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Orange Crush LLC | 57,993.98 | 0.00 | 0.00 | 0.00 |
| 2 | COOK COUNTY TREASURER'S OFFICE | 9,271.87 | 9,271.87 | 0.00 | 9,271.87 |
| 9 | Bridgeview Bank | 334,755.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:  $ 9,271.87
Remaining balance:  $ 189,145.75

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - CHARLES J. MYLER | 13,295.83 | 0.00 | 13,295.83 |
| Trustee, Expenses - Charles J. Myler | 748.64 | 0.00 | 748.64 |
| Attorney for Trustee, Fees - Myler, Ruddy & McTavish | 29,440.00 | 0.00 | 29,440.00 |

Total to be paid for chapter 7 administration expenses:  $ 43,484.47
Remaining balance:  $ 145,661.28

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 145,661.28

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 145,661.28

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,966,851.83 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | West Suburban Bank | 0.00 | 0.00 | 0.00 |
| 4 | American Chartered Bank | 1,901,929.53 | 0.00 | 140,853.26 |
| 5 | Armando Garcia | 0.00 | 0.00 | 0.00 |
| 6 | Bergfors Gregory Land Design, Ltd. | 6,600.00 | 0.00 | 488.78 |
| 7 | Ruane Construction, Inc. | 30,253.55 | 0.00 | 2,240.52 |
| 8 | Burke Engineering Corp. | 28,068.75 | 0.00 | 2,078.72 |

Total to be paid for timely general unsecured claims: $ 145,661.28
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/CHARLES J. MYLER
Trustee

CHARLES J. MYLER
105 EAST GALENA BLVD.
8TH FLOOR
AURORA, IL 60505
(630) 897-8475

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 09-09701-MB
Kevin M Keating                                                 Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: mgonzalez           Page 1 of 3            Date Rcvd: Sep 11, 2012
                               Form ID: pdf006           Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2012.
```
db             Kevin M Keating,   2151 Alexander Dr,   Batavia, IL  60510
13676736       #AT&T,   P.O. Box 8100,   Aurora, IL 60507-8100
13676737      +AT&T Long Distance,   P.O. Box 5017,   Carol Stream, IL 60197-5017
13676727      +Alarm Detection Systems, Inc.,   1111 Church Road,   Aurora, IL 60505-1905
13676728      +Alliant Law Group PC,   P.O. Box 468569,   Atlanta, GA 31146-8569
13676731      +American Chartered Bank,   932 W. Randolph Street,   Chicago, IL 60607-2219
13676730      +American Chartered Bank,   c/o Clark Hill PLC,   150 N. Michigan Ave., Suite 2400,
                Chicago, IL 60601-3613
14049864      +American Chartered Bank,   c/o Gary E. Green,   150 N. Michigan Avenue, Suite 2400,
                Chicago, IL 60601-3613
13676729      +American Chartered Bank,   c/o Kevin Hyde/Clark Hill PLC,   150 N. Michigan Avenue, Suite 2400,
                Chicago, IL 60601-3613
13676732      +American Express,   c/o Becket and Lee,   Po Box 3001,   Malvern, PA 19355-0701
13676733       American Express,   P.O. Box 0001,   Los Angeles, CA 90096-8000
13676734      +Amex,   P.O. Box 297871,   Fort Lauderdal, FL 33329-7871
13676735      +Armando Garcia,   c/o Marc Shuman & Associates,   105 W. Adams 28th Floor,
                Chicago, IL 60603-6230
13676739      +Bergfors Gregory Land Design, Ltd.,   18641 W. Creek Drive,   Tinley Park, IL 60477-6247
14078537      +Bond Safeguard Insurance Co,   256 Jackson Meadows Dr.,,   Ste 201,   Hermitage, TN 37076-1425
13676740       Brian Cramer,   Wilson,Elser,Moskowitz,Edelman,   3 Gannett Drive,   White Plains, NY 10604-3407
13676742      +Burke Engineering Corp.,   18330 Distinctive Drive,   Orland Park, IL 60467-9462
13676746      +Chubasco Lawn Sprinklers, Inc.,   24750 S. Cedar Road,   Manhattan, IL 60442-9469
13676747      +Classic Landscape,   3N471 Powls Road,   West Chicago, IL 60185-1027
13676751      +Cook County Treasurer,   P.O. Box 4488,   Carol Stream, IL 60197-4488
13676753      +D.E. Thompson Excavating, Co.,   P.O. Box 452,   Minooka, IL 60447-0452
13676754       Estate of Joseph Keating,   c/o Freeborn & Peters,   311 W. Wacker Drive, Wuite 3000,
                Chicago, IL 60606
13676756      +Franklin Bank,   P.O. Box 5170,   Simi Valley, CA 93062-5170
13676755      +Franklin Bank,   450 American St # Sv416,   Simi Valley, CA 93065-6285
13676757      +Freeborn & Peters LLP,   311 S. Wacker Dr., Suite 3000,   Chicago, IL 60606-6679
13676758      +GE Capital,   P.O. Box 740423,   Atlanta, GA 30374-0423
13676759      +Global Com, Inc.,   P.O. Box 71-5247,   Columbus, OH 43271-5247
13676760      +Grundy County Collector,   111 E. Washington Sr., Room 33,   Morris, IL 60450-2277
13676761      +Illinois EPA,   1021 N. Grand Avenue East,   Springfield, IL 62702-4059
13676762      +J.B. Concete,   10S312 Schoger Dr., Unit B,   Naperville, IL 60564-5643
13676767      +Kim Keating,   2051 Alexander Drive,   Batavia, IL 60510-8949
13676770      +LaSalle/Bank of America,   135 S. LaSalle St., Suite 1225,   Chicago, IL 60603-4177
13676769      +Lady Lighting,   8821 Ramm Dr., Unit #5,   Naperville, IL 60564-3606
13676771      +McCarthy & Trinka, Inc.,   1000 Jorie Blvd., Suite 10 A,   Oak Brook, IL 60523-2281
13676772      +Mills Excavating,   P.O. Box 9,   Crete, IL 60417-0009
13676774       Orange Crush LLC,   c/o Garelli & Grogan,   340 W Butterfield 2 A,   Elmhurst, IL 60126-5042
13676775      +Orange Crush LLC,   c/o Brian Garelli & Associates,   340 W. Butterfield 2A,
                Elmhurst, IL 60126-5042
13676776       Pitney Bowes,   P.O. Box 856396,   Louisville, KY 40285
14138085      +Ruane Construction, Inc.,   c/o Gregory K. Stern P.C.,   53 West Jackson Boulevard,   Suite 1442,
                Chicago, IL 60604-3536
13676778      +Ruane Construction, Inc.,   c/o Brocksmith & Brocksmith,   4433 W. Touhy Avenue,
                Lincolnwood, IL 60712-1820
13676779      +Scheer's Inc.,   601 Oakmont Lane, Suite 400,   Westmont, IL 60559-5570
13676781      +Stone Pogrund & Korey LLC,   1 E. Wacker Dr., Suite 2610,   Chicago, IL 60601-2001
13676782      +The Shalvis Group,   11508 W. 183rd Street,   Orland Park, IL 60467-9492
13676783      +Village of Channahon,   24555 S. Navajo Drive,   Channahon, IL 60410-5600
13676784      +Village of Manhatten,   245 S. State Street,   Manhattan, IL 60442-9389
13676785      +West Suburban Bank,   Gina B Krol,   105 W Madison St., Ste 1100,   Chicago, IL 60602-4600
13676786       Will County Treasurer,   302 N. Chicago Street,   Joliet, IL 60432-4059
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13676741      +E-mail/Text: kevin.ameriks@bridgeviewbank.com Sep 12 2012 02:38:17     Bridgeview Bank,
                4753 N. Broadway,   Chicago, IL 60640-4986
13910302      +E-mail/Text: lbankruptcy@cookcountytreasurer.com Sep 12 2012 03:24:10
                COOK COUNTY TREASURER'S OFFICE,   LEGAL DEPARTMENT,   118 NORTH CLARK STREET - ROOM 112,
                CHICAGO, IL 60602-1332
13676749       E-mail/Text: legalcollections@comed.com Sep 12 2012 02:15:36     ComEd,   Bill Payment Center,
                Chicago, IL 60668-0001
13676773      +E-mail/Text: bankrup@nicor.com Sep 12 2012 02:12:16     Nicor Gas,   1844 Ferry Road,
                Naperville, IL 60563-9600
                                                                                              TOTAL: 4
```
```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13676726       1000 West Van Buren LLC
13676743       Cedar Manhattan Investors
13676744       Channahan Duplex Development LLC
13676745       Channahan Investors
13676750       Community Home Builders, Inc.
```

```
District/off: 0752-1           User: mgonzalez              Page 2 of 3                   Date Rcvd: Sep 11, 2012
                               Form ID: pdf006              Total Noticed: 51
```

```
             ***** BYPASSED RECIPIENTS (continued) *****
13676763     Keating Development Group
13676764     Keating Estates LLC
13676765     Keith Keating
13676766     Ketih Keating
13676768     Kim Keating
13676777     Rivers Plaza LLC
13676748*   +Classic Landscape Ltd,   3N471 Powls Road,   West Chicago, IL 60185-1027
13676738   ##+Atwell-Hicks,   P.O. Box 2981,   Ann Arbor, MI 48106-2981
13676752   ##+CPT Network Solutions,   1271 Hamilton Parkway,   Itasca, IL 60143-1150
14078538   ##+Karen Keating,   c/o Richard Chapman,   Clark Hill PLc,   150 N Michigan, Ste 2400,
             Chicago, IL 60601-3613
14078539   ##+Kristin Catino,   c/o Richard Chapman,   Clark Hill PLc,   150 N Michigan, Ste 2400,
             Chicago, IL 60601-3613
13676780   ##+Signs Now,   1604 W. Caton Farm Road,   Lockport, IL 60441-6516
                                                                                TOTALS: 11, * 1, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 13, 2012**                    **Signature:** _Joseph Speetjens_

```
District/off: 0752-1           User: mgonzalez              Page 3 of 3                  Date Rcvd: Sep 11, 2012
                               Form ID: pdf006              Total Noticed: 51
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2012 at the address(es) listed below:

```
          Adam C Toosley    on behalf of Creditor   American Chartered Bancorp, Inc., d/b/a American
           Chartered Bank atoosley@freebornpeters.com,   sbarnes@freebornpeters.com
          Charles J Myler    on behalf of Plaintiff Charles Myler cmyler@mrmlaw.com,    kmyler@mrmlaw.com
          Charles J Myler    cmyler@mrmlaw.com,    IL57@ecfcbis.com;kmyler@mrmlaw.com
          Gary E. Green    on behalf of Creditor   American Chartered Bancorp, Inc., d/b/a American Chartered
           Bank ggreen@clarkhill.com,   jfelker@clarkhill.com
          Gina B Krol    on behalf of Creditor   West Suburban Bank gkrol@cohenandkrol.com,
           jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
          John A Lipinsky    on behalf of Defendant Kimberly Keating jlipinsky@comananderson.com,
           khaskell@comananderson.com;kdavis@comananderson.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Richard G Larsen    on behalf of Plaintiff Charles Myler rglarsen@mrmlaw.com
          Richard H Chapman    on behalf of Creditor   American Chartered Bancorp, Inc., d/b/a American
           Chartered Bank rchapman@clarkhill.com,   ppeggs@clarkhill.com
          Richard L Hirsh    on behalf of Debtor Kevin Keating richala@sbcglobal.net
          Steven R Radtke    on behalf of Creditor   BRIDGEVIEW BANK GROUP sradtke@chillchillradtke.com
                                                                                             TOTAL: 11
```