# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: KEATING, KEVIN M | § | Case No. 09-09701 |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

CHARLES J. MYLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $304,499.00 *(without deducting any secured claims)* | Assets Exempt: $82,155.00 |
| Total Distribution to Claimants: $155,083.15 | Claims Discharged Without Payment: $13,312,626.51 |
| Total Expenses of Administration: $45,833.53 | |

3) Total gross receipts of $ 200,916.68 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $200,916.68 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $979,773.44 | $402,020.85 | $9,271.87 | $9,271.87 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 46,337.53 | 45,833.53 | 45,833.53 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 23,686,550.38 | 2,118,577.42 | 1,966,851.83 | 145,811.28 |
| **TOTAL DISBURSEMENTS** | $24,666,323.82 | $2,566,935.80 | $2,021,957.23 | $200,916.68 |

4)  This case was originally filed under Chapter 7 on March 21, 2009.
The case was pending for 45 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _01/11/2013_____      By:_ /s/CHARLES J. MYLER_____
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1995 Porsche 911 Carrera. N1460 Powers Lake, Gen | 1129-000 | 17,000.00 |
| 2008Acura MDX Sport Utility 4D. 2151 Alexander D | 1129-000 | 23,000.00 |
| 2006 Boston Whaler Boat with Trailer. 2151 Alexa | 1129-000 | 6,000.00 |
| Chicago Cubs Tickets | 1129-000 | 4,870.00 |
| Estimated tax return | 1124-000 | 150,000.00 |
| Interest Income | 1270-000 | 46.68 |
| **TOTAL GROSS RECEIPTS** | | **$200,916.68** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Orange Crush LLC | 4110-000 | 649,695.48 | 57,993.98 | 0.00 | 0.00 |
| 2 | COOK COUNTY TREASURER'S OFFICE | 4110-000 | 4,546.23 | 9,271.87 | 9,271.87 | 9,271.87 |
| 9 | Bridgeview Bank | 4110-000 | 325,531.73 | 334,755.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$979,773.44** | **$402,020.85** | **$9,271.87** | **$9,271.87** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHARLES J. MYLER | 2100-000 | N/A | 13,295.83 | 13,295.83 | 13,295.83 |
| Charles J. Myler | 2200-000 | N/A | 598.64 | 598.64 | 598.64 |
| Myler, Ruddy & McTavish | 3110-000 | N/A | 29,944.00 | 29,440.00 | 29,440.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 97.64 | 97.64 | 97.64 |
| The Bank of New York Mellon | 2600-000 | N/A | 114.88 | 114.88 | 114.88 |
| The Bank of New York Mellon | 2600-000 | N/A | 104.18 | 104.18 | 104.18 |
| The Bank of New York Mellon | 2600-000 | N/A | 100.50 | 100.50 | 100.50 |
| The Bank of New York Mellon | 2600-000 | N/A | 110.69 | 110.69 | 110.69 |
| The Bank of New York Mellon | 2600-000 | N/A | 103.53 | 103.53 | 103.53 |
| The Bank of New York Mellon | 2600-000 | N/A | 109.92 | 109.92 | 109.92 |
| The Bank of New York Mellon | 2600-000 | N/A | 99.38 | 99.38 | 99.38 |
| The Bank of New York Mellon | 2600-000 | N/A | 102.61 | 102.61 | 102.61 |
| The Bank of New York Mellon | 2600-000 | N/A | 98.98 | 98.98 | 98.98 |
| The Bank of New York Mellon | 2600-000 | N/A | 204.64 | 204.64 | 204.64 |
| The Bank of New York Mellon | 2600-000 | N/A | 395.51 | 395.51 | 395.51 |
| The Bank of New York Mellon | 2600-000 | N/A | 435.57 | 435.57 | 435.57 |
| The Bank of New York Mellon | 2600-000 | N/A | 421.03 | 421.03 | 421.03 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $46,337.53 | $45,833.53 | $45,833.53 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | West Suburban Bank | 7100-000 | N/A | 120,948.16 | 0.00 | 0.00 |
| 4 | American Chartered Bank | 7100-000 | 12,080,142.12 | 1,901,929.53 | 1,901,929.53 | 140,998.30 |
| 5 | Armando Garcia | 7100-000 | 50,000.00 | 30,777.43 | 0.00 | 0.00 |
| 6 | Bergfors Gregory Land Design, Ltd. | 7100-000 | 6,500.00 | 6,600.00 | 6,600.00 | 489.29 |
| 7 | Ruane Construction, Inc. | 7100-000 | 30,253.55 | 30,253.55 | 30,253.55 | 2,242.83 |
| 8 | Burke Engineering Corp. | 7100-000 | 28,068.75 | 28,068.75 | 28,068.75 | 2,080.86 |
| NOTFILED | McCarthy & Trinka, Inc. | 7100-000 | 14,952.00 | N/A | N/A | 0.00 |
| NOTFILED | LaSalle/Bank of America | 7100-000 | 9,827,542.04 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 2,848.49 | N/A | N/A | 0.00 |
| NOTFILED | Mills Excavating | 7100-000 | 18,510.00 | N/A | N/A | 0.00 |
| NOTFILED | Lady Lighting | 7100-000 | 73,532.77 | N/A | N/A | 0.00 |
| NOTFILED | Illinois EPA | 7100-000 | 501.03 | N/A | N/A | 0.00 |
| NOTFILED | Pitney Bowes | 7100-000 | 245.55 | N/A | N/A | 0.00 |
| NOTFILED | Grundy County Collector | 7100-000 | 1,934.25 | N/A | N/A | 0.00 |
| NOTFILED | Illinois EPA | 7100-000 | 501.03 | N/A | N/A | 0.00 |
| NOTFILED | J.B. Concete | 7100-000 | 3,886.93 | N/A | N/A | 0.00 |
| NOTFILED | Grundy County Collector | 7100-000 | 38,702.99 | N/A | N/A | 0.00 |
| NOTFILED | Stone Pogrund & Korey LLC | 7100-000 | 709.04 | N/A | N/A | 0.00 |
| NOTFILED | Scheer's Inc. | 7100-000 | 7,963.00 | N/A | N/A | 0.00 |
| NOTFILED | Village of Manhatten | 7100-000 | 723.80 | N/A | N/A | 0.00 |
| NOTFILED | Village of Manhatten | 7100-000 | 150,000.00 | N/A | N/A | 0.00 |
| NOTFILED | West Suburban Bank | 7100-000 | 6,737.49 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Village of Channahon | 7100-000 | 6,064.07 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| NOTFILED | Will County Treasurer | 7100-000 | 7,116.88 | N/A | N/A | 0.00 |
| NOTFILED | Village of Channahon | 7100-000 | 1,975.64 | N/A | N/A | 0.00 |
| NOTFILED | Village of Channahon | 7100-000 | 3,285.63 | N/A | N/A | 0.00 |
| NOTFILED | Global Com, Inc. | 7100-000 | 1,992.53 | N/A | N/A | 0.00 |
| NOTFILED | Signs Now | 7100-000 | 5,645.00 | N/A | N/A | 0.00 |
| NOTFILED | The Shalvis Group | 7100-000 | 8,224.60 | N/A | N/A | 0.00 |
| NOTFILED | Scheer's Inc. | 7100-000 | 14,852.00 | N/A | N/A | 0.00 |
| NOTFILED | The Shalvis Group | 7100-000 | 27,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Freeborn & Peters LLP | 7100-000 | 26,458.03 | N/A | N/A | 0.00 |
| NOTFILED | Alliant Law Group PC | 7100-000 | 324.04 | N/A | N/A | 0.00 |
| NOTFILED | Bond Safeguard Insurance Company | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | American Express c/o Becket and Lee | 7100-000 | 1,777.00 | N/A | N/A | 0.00 |
| NOTFILED | Kristin Catino c/o Richard Chapman; Clark Hill PLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Alarm Detection Systems, Inc. | 7100-000 | 375.00 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 203.91 | N/A | N/A | 0.00 |
| NOTFILED | AT&T Long Distance | 7100-000 | 28.93 | N/A | N/A | 0.00 |
| NOTFILED | Atwell-Hicks | 7100-000 | 8,283.67 | N/A | N/A | 0.00 |
| NOTFILED | Atwell-Hicks | 7100-000 | 26,660.30 | N/A | N/A | 0.00 |
| NOTFILED | Freeborn & Peters LLP | 7100-000 | 34,719.85 | N/A | N/A | 0.00 |
| NOTFILED | Freeborn & Peters LLP | 7100-000 | 17,938.64 | N/A | N/A | 0.00 |
| NOTFILED | Freeborn & Peters LLP | 7100-000 | 149,160.33 | N/A | N/A | 0.00 |
| NOTFILED | Freeborn & Peters LLP | 7100-000 | 33,205.85 | N/A | N/A | 0.00 |
| NOTFILED | Estate of Joseph Keating c/o Freeborn & Peters | 7100-000 | 925,378.00 | N/A | N/A | 0.00 |
| NOTFILED | Freeborn & Peters LLP | 7100-000 | 406.00 | N/A | N/A | 0.00 |
| NOTFILED | D.E. Thompson Excavating, Co. | 7100-000 | 18,417.50 | N/A | N/A | 0.00 |
| NOTFILED | Chubasco Lawn Sprinklers, Inc. | 7100-000 | 7,285.00 | N/A | N/A | 0.00 |
| NOTFILED | Brian Cramer Wilson,Elser,Moskowitz,Edelm | 7100-000 | 2,402.70 | N/A | N/A | 0.00 |
| NOTFILED | ComEd Bill Payment Center | 7100-000 | 3,255.42 | N/A | N/A | 0.00 |
| NOTFILED | Classic Landscape | 7100-000 | 6,828.00 | N/A | N/A | 0.00 |
| NOTFILED | GE Capital | 7100-000 | 1,521.15 | N/A | N/A | 0.00 |
| NOTFILED | CPT Network Solutions | 7100-000 | 709.88 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $23,686,550.38 | $2,118,577.42 | $1,966,851.83 | $145,811.28 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 09-09701 | Trustee:         (330510)    CHARLES J. MYLER |
| Case Name:    KEATING, KEVIN M | Filed (f) or Converted (c): 03/21/09 (f) |
| | §341(a) Meeting Date:    04/27/09 |
| Period Ending: 01/11/13 | Claims Bar Date:    07/31/09 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 126 Elm Avenue, North Aurora, | 82,500.00 | 0.00 | DA | 0.00 | FA |
| 2 | Farm House, 14411 W. Smith Road, Manhatten, 6044 | 125,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | 4 cemetery plots in Twin Lakes | 2,200.00 | 2,200.00 | DA | 0.00 | FA |
| 4 | Broadway Bank checking account#141261901 joint w | 118.00 | 118.00 | DA | 0.00 | FA |
| 5 | Business and Casual attire. | 500.00 | 500.00 | DA | 0.00 | FA |
| 6 | Pacific Life Insurance Policy # VP60898190. deat | 22,781.00 | 0.00 | DA | 0.00 | FA |
| 7 | Pacific Life term opolicy; no cash value | Unknown | 0.00 | DA | 0.00 | FA |
| 8 | IRA | 4,400.00 | 2,000.00 | DA | 0.00 | FA |
| 9 | Honeybear Farms, LLC 700 W. Van Buren, C-1 Chica | Unknown | 0.00 | DA | 0.00 | FA |
| 10 | Channahon Duplex Development, LLC 36-4357803<br>700 | Unknown | 0.00 | DA | 0.00 | FA |
| 11 | Keating Estates, LLC 20-2363134 700 W. Van Buren | Unknown | 0.00 | DA | 0.00 | FA |
| 12 | Cedar/Manhattan Investors, LLC 20-1472094 700 W. | Unknown | 0.00 | DA | 0.00 | FA |
| 13 | Rivers Plaza IV, LLC 20-4709614 700 W. Van Buren | Unknown | 0.00 | DA | 0.00 | FA |
| 14 | Rivers Plaza III, LLC 20-4709583 700 W. Van Bure | Unknown | 0.00 | DA | 0.00 | FA |
| 15 | Rivers Plaza II, LLC 20-4709583 4700 W. Van Bure | Unknown | 0.00 | DA | 0.00 | FA |
| 16 | Rivers Plaza I, LLC 20-4709556 700 W. Van Buren, | Unknown | 0.00 | DA | 0.00 | FA |
| 17 | Keating Investment Corp. 42-1609072 700 W. Van B | Unknown | 0.00 | DA | 0.00 | FA |
| 18 | Channahon Investors, LLC 42-1609074 700 W. Van B | Unknown | 0.00 | DA | 0.00 | FA |
| 19 | Community Home Builders, Inc.36-3775240 700 W. V | Unknown | 0.00 | DA | 0.00 | FA |
| 20 | Marquette's Estates, LLC 36- 4457331 700 W. Van | Unknown | 0.00 | DA | 0.00 | FA |
| 21 | 1000 W. Van Buren, LLC 700 W. Van Buren, C-1 Chi | Unknown | 0.00 | DA | 0.00 | FA |
| 22 | Marquette's Crossing, LLC 36-4437633 700 W Van B | Unknown | 0.00 | DA | 0.00 | FA |
| 23 | 700 W Van Buren II, LLC 36-4330953 700 W. Van Bu | Unknown | 0.00 | DA | 0.00 | FA |
| 24 | Marquette's Landing, LLC 36-4278358 700 W. Van B | Unknown | 0.00 | DA | 0.00 | FA |
| 25 | KMK Realty & Development, Inc. 36-4002252 700 W. | Unknown | 0.00 | DA | 0.00 | FA |
| 26 | Keating Development Group 36-4357803 700 W. Van | Unknown | 0.00 | DA | 0.00 | FA |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| | | |
|---|---|---|
| Case Number: | 09-09701 | |
| Case Name: | KEATING, KEVIN M | |
| | | |
| Period Ending: 01/11/13 | | |

| | |
|---|---|
| Trustee: | (330510)   CHARLES J. MYLER |
| Filed (f) or Converted (c): | 03/21/09 (f) |
| §341(a) Meeting Date: | 04/27/09 |
| Claims Bar Date: | 07/31/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27   Current Tech Traffic 130 shares purchased in nam | Unknown | 0.00 | DA | 0.00 | FA |
| 28   Forensic Vision 250 shares purchased in name of | Unknown | 0.00 | DA | 0.00 | FA |
| 29   Manhattan Office Partnership | Unknown | 0.00 | DA | 0.00 | FA |
| 30   cole Taylor Bank -- checking | 34,000.00 | 34,000.00 | DA | 0.00 | FA |
| 31   Old Second National Bank | 3,000.00 | 3,000.00 | DA | 0.00 | FA |
| 32   Rob Wiemer, Acct. Receivable | 20,000.00 | 20,000.00 | DA | 0.00 | FA |
| 33   Ann Bogart, Acct. Receivable | 10,000.00 | 10,000.00 | DA | 0.00 | FA |
| 34   1995 Porsche 911 Carrera. N1460 Powers Lake, Gen | 12,525.00 | 12,525.00 | | 17,000.00 | FA |
| 35   2008Acura MDX Sport Utility 4D. 2151 Alexander D | 28,550.00 | 22,150.00 | | 23,000.00 | FA |
| 36   2006 Boston Whaler Boat with Trailer. 2151 Alexa | 7,000.00 | 7,000.00 | | 6,000.00 | FA |
| 37   Chicago Cubs Tickets | 5,528.00 | 5,528.00 | | 4,870.00 | FA |
| 38   Estimated tax return | 179,000.00 | 179,000.00 | | 150,000.00 | FA |
| Int   INTEREST  (u) | Unknown | N/A | | 46.68 | FA |
| **39   Assets   Totals** (Excluding unknown values) | **$537,102.00** | **$298,021.00** | | **$200,916.68** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee distributed estate funds on 10/17/12

Initial Projected Date Of Final Report (TFR):      December 31, 2009          Current Projected Date Of Final Report (TFR):      September 10, 2012  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 09-09701 |
| **Case Name:** | KEATING, KEVIN M |
| | |
| **Taxpayer ID #:** | **-***9139 |
| **Period Ending:** | 01/11/13 |

| | |
|---|---|
| **Trustee:** | CHARLES J. MYLER (330510) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****54-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/19/09 | {37} | Kimberly Keating | Purchase of Cubs tickets | 1129-000 | 2,000.00 | | 2,000.00 |
| 05/19/09 | {37} | Robert Wedell | Purchase of Cubs tickets | 1129-000 | 2,870.00 | | 4,870.00 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.05 | | 4,870.05 |
| 06/30/09 | {35} | Kimberly Keating | Purchase of estate's interest in Acura | 1129-000 | 23,000.00 | | 27,870.05 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.21 | | 27,870.26 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.14 | | 27,871.40 |
| 08/28/09 | {36} | Kimberly Keating | Purcahse of  Boston Whaler boat and trailer | 1129-000 | 6,000.00 | | 33,871.40 |
| 08/28/09 | {34} | Kimberly Keating | Purchase of Porsche | 1129-000 | 17,000.00 | | 50,871.40 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.17 | | 50,872.57 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 2.07 | | 50,874.64 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 2.07 | | 50,876.71 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 2.14 | | 50,878.85 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 2.14 | | 50,880.99 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 2.00 | | 50,882.99 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.93 | | 50,884.92 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 2.28 | | 50,887.20 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 0.34 | | 50,887.54 |
| 04/06/10 | | Wire out to BNYM account 9200*****5465 | Wire out to BNYM account 9200*****5465 | 9999-000 | -50,887.54 | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | -50,887.54 | 0.00 | |
| **Subtotal** | 50,887.54 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$50,887.54** | **$0.00** | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 09-09701 | | Trustee: | CHARLES J. MYLER (330510) |
|---|---|---|---|---|
| Case Name: | KEATING, KEVIN M | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ****721465 - Checking Account |
| Taxpayer ID #: | **-***9139 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 01/11/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

{} Asset reference(s)                                                                 Printed: 01/11/2013 10:25 AM    V.13.11

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-09701 |
| Case Name: | KEATING, KEVIN M |
| | |
| Taxpayer ID #: | **-***9139 |
| Period Ending: | 01/11/13 |

| | |
|---|---|
| Trustee: | CHARLES J. MYLER (330510) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******54-65 - Checking Account |
| Blanket Bond: | $5,000,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account *******5465 | Wire in from JPMorgan Chase Bank, N.A. account *******5465 | 9999-000 | 50,887.54 | | 50,887.54 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.43 | | 50,889.97 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.03 | | 50,893.00 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.93 | | 50,895.93 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.02 | | 50,898.95 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.02 | | 50,901.97 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.25 | | 50,903.22 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.29 | | 50,904.51 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.25 | | 50,905.76 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.29 | | 50,907.05 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.29 | | 50,908.34 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.17 | | 50,909.51 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.29 | | 50,910.80 |
| 04/21/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 0.83 | | 50,911.63 |
| 04/25/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 0.16 | | 50,911.79 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 0.25 | | 50,912.04 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.29 | | 50,913.33 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.41 | | 50,913.74 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.43 | | 50,914.17 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 97.64 | 50,816.53 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.43 | | 50,816.96 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 118.37 | 50,698.59 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -3.49 | 50,702.08 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.41 | | 50,702.49 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 104.18 | 50,598.31 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.42 | | 50,598.73 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 100.50 | 50,498.23 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.41 | | 50,498.64 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 110.69 | 50,387.95 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.42 | | 50,388.37 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 103.53 | 50,284.84 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.42 | | 50,285.26 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 109.92 | 50,175.34 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 99.38 | 50,075.96 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 102.61 | 49,973.35 |

Subtotals :    $50,916.68    $943.33

{} Asset reference(s)                                   Printed: 01/11/2013 10:25 AM    V.13.11

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 09-09701 |
| **Case Name:** | KEATING, KEVIN M |
| **Taxpayer ID #:** | **-***9139 |
| **Period Ending:** | 01/11/13 |

| | |
|---|---|
| **Trustee:** | CHARLES J. MYLER (330510) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******54-65 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 98.98 | 49,874.37 |
| 05/21/12 | {38} | Kimberly B. Keating | Settlement proceeds | 1124-000 | 150,000.00 | | 199,874.37 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 204.64 | 199,669.73 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 395.51 | 199,274.22 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 435.57 | 198,838.65 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 421.03 | 198,417.62 |
| 10/16/12 | 11001 | COOK COUNTY TREASURER'S OFFICE | Dividend paid 100.00% on $9,271.87; Claim# 2; Filed: $9,271.87; Reference: 17-16-117-040-1098 | 4110-000 | | 9,271.87 | 189,145.75 |
| 10/16/12 | 11002 | CHARLES J. MYLER | Dividend paid 100.00% on $13,295.83, Trustee Compensation;  Reference: | 2100-000 | | 13,295.83 | 175,849.92 |
| 10/16/12 | 11003 | Charles J. Myler | Dividend paid 100.00% on $598.64, Trustee Expenses;  Reference: | 2200-000 | | 598.64 | 175,251.28 |
| 10/16/12 | 11004 | Myler, Ruddy & McTavish | Dividend paid 100.00% on $29,440.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 29,440.00 | 145,811.28 |
| 10/16/12 | 11005 | American Chartered Bank | Dividend paid 7.41% on $1,901,929.53; Claim# 4; Filed: $1,901,929.53; Reference: 08CH92 | 7100-000 | | 140,998.30 | 4,812.98 |
| 10/16/12 | 11006 | Bergfors Gregory Land Design, Ltd. | Dividend paid 7.41% on $6,600.00; Claim# 6; Filed: $6,600.00; Reference: 2007-33 Voided on 11/20/12 | 7100-003 | | 489.29 | 4,323.69 |
| 10/16/12 | 11007 | Ruane Construction, Inc. | Dividend paid 7.41% on $30,253.55; Claim# 7; Filed: $30,253.55; Reference: BUTTERNUT RIDGE | 7100-000 | | 2,242.83 | 2,080.86 |
| 10/16/12 | 11008 | Burke Engineering Corp. | Dividend paid 7.41% on $28,068.75; Claim# 8; Filed: $28,068.75; Reference: 05-45 | 7100-000 | | 2,080.86 | 0.00 |
| 11/20/12 | 11006 | Bergfors Gregory Land Design, Ltd. | Dividend paid 7.41% on $6,600.00; Claim# 6; Filed: $6,600.00; Reference: 2007-33 Voided: check issued on 10/16/12 | 7100-003 | | -489.29 | 489.29 |
| 11/20/12 | 11009 | Steven S. Gregory | Ref # 2007-33 | 7100-000 | | 489.29 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 200,916.68 | 200,916.68 | $0.00 |
| Less: Bank Transfers | 50,887.54 | 0.00 | |
| **Subtotal** | 150,029.14 | 200,916.68 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$150,029.14** | **$200,916.68** | |

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-09701 |
| Case Name: | KEATING, KEVIN M |
| Taxpayer ID #: | **-***9139 |
| Period Ending: | 01/11/13 |

| | |
|---|---|
| Trustee: | CHARLES J. MYLER (330510) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******54-65 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts : 200,916.68

Net Estate : $200,916.68

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****54-65 | 50,887.54 | 0.00 | 0.00 |
| Checking # ****721465 | 0.00 | 0.00 | 0.00 |
| Checking # 9200-******54-65 | 150,029.14 | 200,916.68 | 0.00 |
| | $200,916.68 | $200,916.68 | $0.00 |